

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| VICTOR GARCIA and NATALIE CHARLES, | § | No. 08-24-00366-CV |
| | § | Appeal from the |
| Appellants, | § | County Court at Law No. 2 |
| v. | § | of Travis County, Texas |
| SREIT TRAVESIA, LP D/B/A CENTURY TRAVESIA, | § | (TC#C-1-CV-24-004160) |
| Appellee. | | |

**MEMORANDUM OPINION**

This appeal is before the Court on our own motion to determine whether it should be dismissed based on Appellants' failure to comply with our order and with Rule 32.1 of the rules of appellate procedure. Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal when a party fails to comply with a rule of procedure, "a court order, or a notice from the clerk requiring a response or other action within a specified time"); Tex. R. App. P. 32.1 (providing, in civil cases, that an appellant "must file" a docketing statement as prescribed by the rule). Because Appellants were given more than 10 days' notice and they have neither complied with this Court's order nor with Rule 32.1, we dismiss the appeal.

Rule 32 of the Texas Rules of Appellate Procedure requires an appellant to promptly file a docketing statement upon the filing of a notice of appeal. Tex. R. App. P. 32.1. Appellants' notice of appeal was filed on September 27, 2024. Because no docketing statement had been filed, the Clerk of the Court sent a letter to Appellants that same day, requesting compliance with that requirement within 10 days. On October 24, 2024, after no filing had yet been made, the Clerk of the Court sent a second letter requesting a filing on or before November 13, 2024.[1] When no docketing statement was timely received, the Court issued an Order requiring Appellants to file the docketing statement on or before December 8, 2024. As of today's date, no docketing statement has been filed by Appellants. Accordingly, after providing proper notice, we dismiss the appeal based on Appellants' failure to comply with this Court's order and with a requirement of the appellate rules. Tex. R. App. P. 42.3(c).


GINA M. PALAFOX, Justice


December 13, 2024

Before Alley, C.J., Palafox and Soto, JJ.

---

[1] This case was transferred from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* Tex. Gov't Code Ann. § 73.001. We follow the precedent of the Third Court of Appeals to the extent it might conflict with our own. *See* Tex. R. App. P. 41.3.